IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: )
)
QUESTCORP MEDIA GROUP, INC. ) CASE NO. 08-42320-R
) CHAPTER 7
)
DEBTORS )

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The undersigned Trustee of the above styled estate states as follows for her Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That she is the duly qualified and acting trustee in this case.

2. That she filed a Final Report that was approved by this Court. Final distributions were made on May 18, 2011.

3. The following check(s) was not negotiated within the second 90 period allowed:

| Ck No. | Claimant | Claim # | Amount |
|---|---|---|---|
| 106 | Patrick Sauer | 18 | $500.00 |
| 115 | Prather Building Services | 4 | 8.01 |
| 117 | Lee & Associates | 6 | 57.36 |
| 122 | United Medical Instruments | 12 | 100.39 |
| 127 | Marine Insulation Sys | 17 | 51.63 |
| 128 | Applied Spine | 19 | 426.65 |
| 138 | Texas First St Bk | 31 | 46.61 |
| 147 | Realty Trust Group | 44 | 68.12 |
| 151 | Bank of America | 50 | 163.07 |

These unclaimed funds should be paid into the unclaimed registry of this court.

4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to the Clerk of the U. S. Bankruptcy Court in the amount of **$1,421.84.**

Dated: September 1, 2011         /s/ Linda S. Payne
                                 Linda S. Payne
                                 12770 Coit Road, Suite 541
                                 Dallas, TX 75251

## CERTIFICATE OF SERVICE

I, Linda S. Payne, certify that a true and correct copy of the foregoing Notice to Deposit Funds into the Unclaimed Registry of the United States Bankruptcy Court was Email this 1st day of September, 2011 to the U. S. Trustee.

/s/ Linda S. Payne